

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00368-CV

## IN THE MATTER OF THE MARRIAGE OF
## CHRISTINE DARA STREVEY AND TRACY ELMER STREVEY, III
## AND
## IN THE INTEREST OF
## J.S., B.S., E.S., AND R.S., CHILDREN

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-D201600034**

## MEMORANDUM OPINION

Appellant, Christine Dara Strevey, appeals the trial court's Agreed Final Decree of Divorce. She has now filed a motion to dismiss her appeal. The motion has been signed by appellant and her attorney and is unopposed by appellee.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 16, 2018
[CV06]

